IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,

v.

JEFFREY P. HEIST,

        Respondent.

Case No. 18-cv-956

**ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause were served on the respondent Jeffrey P. Heist on December 6, 2018. Although the respondent filed a written response to the order to show cause, he failed to appear for the show cause hearing scheduled for January 15, 2019 at 1:00 p.m. Assistant United States Attorney Richard D. Humphrey appeared at the hearing on behalf of the petitioner United States of America.

The Court has reviewed the written response filed by the respondent but has found no legal basis that would prevent the Court from entering an order enforcing the summons. Accordingly, it is hereby ORDERED that the summons served on the respondent on June 20, 2018, is enforced, and the respondent shall produce for examination and/or photostatic copying or other mechanical means of reproduction, all books, papers, records, and other documents demanded in the summons by no later than January ~~29~~ 30, 2019. These items shall be delivered by the respondent to Revenue Officer Derrick Thompson or his designee at the following address: Internal Revenue

Service, N14 W24200 Tower Place, Suite 202, Waukesha, Wisconsin 53188 (telephone number 262-513-3441). The Revenue Officer's examination shall continue from day to day until completed.

If the Internal Revenue Service Office is closed due to the partial shutdown of the government, the summoned items shall be delivered by the respondent by January 29, 2019, to the following address: United States Attorney's Office, 222 West Washington Avenue, Suite 700, Madison, Wisconsin 53703 (telephone number 608-264-5158).

The respondent's failure to comply with this order will likely result in an order to appear and show cause why he should not be held in contempt of court.

Entered this 16TH [15th crossed out] day of January, 2019.

Hon. James D. Peterson
U.S. District Court Judge