IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

  v.

Case No. 18-cv-956-jdp

JEFFREY P. HEIST,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing respondent Jeffrey P. Heist's counterclaims, along with the documents he has filed in support of those counterclaims, for lack of subject matter jurisdiction.

| /s/ | 2/6/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |