IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Petitioner,

 v.

JEFFREY P. HEIST,

       Respondent.

ORDER

18-cv-956-jdp

---

  The United States of America has filed a petition seeking an order requiring respondent Jeffrey P. Heist to show cause why he should not be held in civil contempt. Heist failed to comply with this court's January 16, 2019 order, Dkt. 31, which directed Heist to appear before the Internal Revenue Service or the United States Attorney's Office and submit certain financial documents. *See* Dkt. 14 and Dkt. 1-2. Heist did not do so. *See* Dkt. 31, ¶¶ 11–12 and Dkt. 33, ¶¶ 11–12.

  Heist continues to assert objections to the government's authority and to my jurisdiction, and he has again attempted to assert counterclaims. *See* Dkt. 33 and Dkt. 34. I explained why these objections and purported counterclaims were meritless in a prior order. *See* Dkt. 25. Heist has raised no legitimate opposition to the the order to show cause. So I will grant petitioner's motion and hold a show cause hearing. If Heist fails to appear at that hearing, I will hold him in civil contempt under 18 U.S.C. § 401 for disobeying a court order.

ORDER

IT IS ORDERED that:

1. Respondent Jeffrey P. Heist must appear on the 9th day of April 2019, at 8:30 a.m., to show cause why he should not be held in civil contempt and confined for

disobedience to the court's January 16, 2019 order enforcing the Internal Revenue Service summons and directing Heist to appear before the Internal Revenue Service or the United States Attorney's Office with the summoned records.

2. A copy of this order, the petition, and the declaration shall be served upon the respondent no later than April 2, 2019.

3. Respondent's purported counterclaims, Dkt. 34, are DISMISSED for lack of subject matter jurisdiction.

Entered March 8, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge